**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**



Eastern District of Kentucky
FILED
OCT 2 4 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                              INDICTMENT NO. 7:24-CR-18-DCR

ESTEVAN MICHAEL ANGELO BROOKS,
   aka SMURF

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1

On or about April 27, 2023, in Letcher County, in the Eastern District of Kentucky,

**ESTEVAN MICHAEL ANGELO BROOKS,**
**aka SMURF,**

did knowingly and intentionally distribute 40 grams or more of a mixture or substance

containing a detectible amount of fentanyl, a Schedule II controlled substance, in violation

of 21 U.S.C. § 841(a)(1).

### COUNT 2

On or about May 11, 2023, in Letcher County, in the Eastern District of Kentucky,

**ESTEVAN MICHAEL ANGELO BROOKS,**
**aka SMURF,**

did knowingly and intentionally distribute a mixture or substance containing a detectible

amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

**FOREPERSON**

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**COUNT 2:**

Not more than 20 years imprisonment, a fine of not more than $1,000,000, and at least 3 years supervised release.

**PLUS:**  Mandatory special assessment of $100 per count.

**PLUS:**  Restitution, if applicable.