DEA 11731220

**RECEIVED**
*By JKing1 at 1:48 pm, Oct 24, 2024*

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>Estevan Micheal Angelo Brooks aka Smurf<br>▇▇▇▇▇▇▇▇▇<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No. **7:24-cr-18-DCR-EBA-1**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)     ESTEVAN MICHAEL ANGELO BROOKS aka SMURF                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21:841(a)(1) Distribution of 40 grasms or more of a fentanyl mixture - 1 count
21:841(a)(1) Distribution of a fentanyl mixture - 1 count

Date:     10/24/2024                          _____
                                                                 *Issuing officer's signature*

City and state:     Pikeville, Kentucky                Robert R. Carr by T. Adkins, Deputy Clerk
                                                                                      *Printed name and title*

---

| Return |
|---|

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____                          _____
                                                                 *Arresting officer's signature*

                                                                 _____
                                                                 *Printed name and title*